## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00375 JEM | Date | May 10, 2013 |
|---|---|---|---|
| Title | LLOYDS COMMODITIES LLC v. SABERTOOTH INTERACTIVE LLC, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE RE ATTORNEY ADMISSIONS

The Court has receive notification that attorney Rahsaana Allen has not submitted an Application for Admission and fee or proof of admission, although she has not filed a pleading in the case.  On March 4, 2013, counsel was advised and reminded to complete and return the application along with the filing fee or submit proof of admission.

Counsel was also warned that failure to submit proof of admission and fee within ten calendar days from March 4, 2013 would result in notification to the judge assigned to the case.

It is ORDERED that Rahsaana Allen show cause in writing no later than May 17, 2013 why she should not pay sanctions in the amount of $500.00 for failing to submit proof of admission or the application for admission and fee.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | sa |